UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTELLECTUAL SCIENCE & TECHNOLOGY, Inc., | Case Nos.   06-10406 |
| | 06-10409 |
| Plaintiff | 06-10412 |
| v. | |
| SONY ELECTRONICS, INC., | HONORABLE AVERN COHN |
| US JVC CORPORATION, et al, | |
| PANASONIC CORPORATION OF NORTH AMERICA, | |
| Defendant(s). _____/ | |

## JUDGMENT

For the reasons stated in the Memorandum and Order Adopting Report and Recommendation of the Special Master and Denying Defendants' Motion for Summary Judgment of Invalidity and Granting Defendants' Motion for Summary Judgment for Non-Infringement; entered and filed on this date, judgment is entered in favor of the Defendants on the issue of non-infringement and the case is DISMISSED.

DAVID WEAVER

Dated: November 24, 2008

By: s/ Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 24, 2008, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5160